UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EVELYN O. HOLLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:18-cv-00350-JAW |
| | ) | |
| ROBERT WILKIE, | ) | |
| Secretary of the Department | ) | |
| of Veterans Affairs, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on June 2, 2019 his Recommended Decision (ECF No. 10). The Plaintiff filed her objection to the Recommended Decision on June 13, 2019 (ECF No. 11) and the Government filed its response to the objection on June 26, 2019 (ECF No. 12). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 10) be and hereby is AFFIRMED.

2. It is further ORDERED that the Defendant's Motion to Dismiss or, in the Alternative, Motion to Transfer (ECF No. 7) is GRANTED in part and DENIED in part. The Defendant's Motion to Dismiss is DENIED. The Defendant's Motion to Transfer the case to the United States District of New Jersey is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of August, 2019